# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

——————————————————

Case No. 6D2024-2810
Lower Tribunal No. 2020-DR-008225

——————————————————

THERESA WILLIAMS,

Appellant,

v.

ANASTASHIA DANISHA CURRY,

Appellee.

——————————————————

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Elizabeth J. Gibson, Judge.

September 5, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, WHITE and GANNAM, JJ., concur.


Theresa Williams, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED